FILED

UNITED STATES DISTRICT COURT 07 JUL 31 AM 9: 02

SOUTHERN DISTRICT OF CALIFORNIA  U.S. DISTRICT C...
SOUTHERN DIVISION   SOUTHERN DISTRICT OF CALIFORNIA

PDU

DEPUTY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PLATFORMS WIRELESS INTERNATIONAL CORP, INC., WILLIAM C. MARTIN, CHARLES B. NELSON, ROBERT PERRY and FRANCOIS DRAPER,<br><br>Defendants. | Case No. 04 CV 2105 JM (AJB)<br><br>FINAL JUDGMENT AS TO DEFENDANT CHARLES B. NELSON |

Plaintiff, the Securities and Exchange Commission ("Commission"), having filed a

Complaint ("Complaint"), and Defendant Charles B. Nelson ("Nelson"), in his attached Consent

of Charles B. Nelson ("Consent"), incorporated herein, having waived the entry of findings of

fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, having

waived any right it might have to appeal from the entry of this Final Judgment As to Defendant

Charles B. Nelson ("Final Judgment"), without admitting or denying the allegations of the

Complaint (except as to jurisdiction, which he admits), having consented to the entry of this

Final Judgment, and having entered a general appearance, and without further notice, **IT IS**

**HEREBY ORDERED, ADJUDGED AND DECREED** that:

Defendant Nelson, his agents, servants, employees, attorneys-in-fact, successors, and

assigns and all those persons in active concert or participation with them who receive actual

notice of this Final Judgment by personal service or otherwise, and each of them, be and they

hereby are permanently restrained and enjoined from violating Section 10(b) of the Exchange

Act and Rule 10b-5, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails, or any facility of any national securities exchange:

    A.     to employ any device, scheme, or artifice to defraud; or

    B.     to make any untrue statement of a material fact or omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    C.     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, in connection with the purchase or sale of any security.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _____7/30_____, 2007

_____
UNITED STATES DISTRICT JUDGE

2