FILED

2007 AUG 23  PM 3:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATFORMS WIRELESS INTERNATIONAL, CORP., et. al.,<br><br>    Defendants. | CASE NO. 04CV2105 JM (AJB)<br><br>ORDER DENYING DEFENDANTS' EX PARTE APPLICATION RE: TECHNOLOGY |

In connection with the upcoming hearing on August 24, 2007 on Defendants' Rule 59 and Rule 60 motion for reconsideration of the court's summary judgment rulings and Defendants' motion to stay the judgment under Rule 62, Defendants have filed an ex parte application seeking permission to bring into the courtroom technology developed by Defendants, specifically, two versions of a product called "Rosetta-911." Defendants contend that a demonstration of the Rosetta-911 will show that, contrary to the arguments of the SEC, Platforms Wireless is today a bona fide company with viable products. Plaintiff opposes the application.

//
//
//
//

04CV2105

1  A demonstration of the Rosetta-911, a product which was not mentioned in any
2  of the summary judgment pleadings or, as far as the court is aware, in any of the
3  pleadings filed in this case, is irrelevant to whether the court should reconsider its
4  summary judgment rulings. The application is therefore **DENIED**.

6  **IT IS SO ORDERED.**

9  DATE: ___8/22___, 2007

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

cc:   All parties

04CV2105