# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PLATFORMS WIRELESS INTERNATIONAL CORP., WILLIAM C. MARTIN, CHARLES B. NELSON, ROBERT D. PERRY, FRANCOIS M. DRAPER, VICTOR L. ZILLER,<br><br>　　　　　　　　　　Defendants. | CASE NO. 04 CV 2105 JM (AJB)<br><br>**ORDER REGARDING EX PARTE APPLICATION TO CONTINUE TRIAL DATE AND REQUEST TO SET TELEPHONIC STATUS CONFERENCE**<br><br>**Doc. No. 187** |

On October 20, 2008, Defendants Platforms Wireless International Corp., William C. Martin, and Robert D. Perry ("Defendants") filed an *ex parte* application to continue the trial date scheduled in this matter from November 12, 2008 to February 1, 2009, and to set a telephonic status conference for October 31, 2008. Doc. No. 187.

The court hereby DENIES the request to set a telephonic status conference for October 31, 2008, as the parties' pre-trial conference is already calendared for that date.

With respect to the request to continue the trial date, the court tentatively denies the application as the court has already expended significant resources securing a specific trial date in this matter, and because the trial date has been on calendar for a substantial period of time. However, if Plaintiff chooses, Plaintiff may file a response to the request for a continuance **no later than October 27,**

1 **2008**.  Time permitting, the court will address the issue at the pre-trial conference, previously
2 scheduled for October 31, 2008 at 8:30 a.m.
3       The court strongly urges Defendants to comply with the local rules regarding the preparation
4 of a pre-trial order.  Should Defendants elect not to participate in the filing of such pre-trial order,
5 Defendants are at risk of witness and evidence preclusion.
6       This order also confirms that today, October 21, 2008, the court telephonically notified the
7 parties of the contents of this order.
8       **IT IS SO ORDERED.**
9 DATED:  October 21, 2008
10
11                                                   Hon. Jeffrey T. Miller
   United States District Judge
12 cc:        All parties